

GOVERNMENT
EXHIBIT
1
2:24cr99

GOVERNMENT
EXHIBIT
2
2:24cr99

Greetings Judge Krask,

I'm sending this email to you in hopes that it enlightens you somewhat on the wonderful man and father I believe my son Taekwon Morris is.
While he has made some mistakes in life leading him to be sitting before you with this case matter, I don't believe that's the person that he truly is.
I was blessed with becoming his mother at an early age of 17 and he brought so much joy and happiness to life upon his arrival.
He's continued to do so throughout his childhood and into adulthood.
Taekwon is a genuinely beautiful individual. His love for his family and especially his children is inspiring. Watching him grow as a father is heartwarming. The way he loves them and the love they have back is something to see.
He has been a blessing to raise and helps the family out with my youngest son, his little brother ( his little bestie). That relationship is one that brings me to happy tears !
We don't think he will ever be a danger to us or his children or anyone else and would love to help facilitate his rehabilitation from this terrible situation he's gotten in I do hope you will consider his release to my home so that he can continue to grow and do right by the mistakes he's made legally

Thank you for the consideration in this matter

Jessica Cradle Stoneking

